**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JORGE ENRIQUE HERNANDEZ MORA,

    Petitioner,

v.

WARDEN, Otero County Processing Center;
MARY DE ANDA-YBARRA, Field Office
Director of Immigration and Customs
Enforcement and Removal Operations, El
Paso Field Office; ACTING DIRECTOR, of
Immigration and Customs Enforcement;
ACTING U.S. Attorney General; and
MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security,

    Respondents.

Case No. 2:26-cv-01742-MIS-KRS

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order

Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment

is hereby entered in favor of Petitioner Jorge Enrique Hernandez Mora and against Respondents

Warden, Otero County Processing Center, Mary De Anda-Ybarra, Acting Director, U.S.

Immigration and Customs Enforcement, Acting U.S. Attorney General, and Markwayne Mullin.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE